IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

RASHIEM BURDEN,                )
                               )
        Plaintiff,             )
                               )
    v.                         )   1:18CV767
                               )
MR. COVINGTON, et al.,         )
                               )
        Defendant(s).          )

### ORDER

On October 19, 2021, the United States Magistrate Judge's Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. (Docs. 47, 48.) No objections were filed within the time limits prescribed by Section 636.

Therefore, the court need not make a <u>de novo</u> review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED** that the Motion to Set Aside Entry of Default, (Doc. 40), filed by Defendants Ronald P. Covington and Ian S. Oxendine is **GRANTED** and that the Court's Entry of Default, (Docs. 20, 28), is **SET ASIDE** solely as to Defendants Covington and Oxendine.

This the 10th day of December, 2021.

                                   _____
                                        United States District Judge